**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **HOMETRUST BANK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 1:23-cv-16112 |
| v. | ) | |
| | ) | |
| **KARAN TRANSPORTATION INC.** and | ) | |
| **MILOS KARANOVIC,** | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION FOR ENTRY OF STIPULATED JUDGMENT

COME NOW Plaintiff HomeTrust Bank ("Plaintiff") and Defendants Karan Transportation Inc. and Milos Karanovic (collectively, "Defendants"), by and through their undersigned counsel, and for their Agreed Motion for Entry of Stipulated Judgment, respectfully state as follows:

1. On November 20, 2023, Plaintiff filed its Complaint (Doc. 1) in the above-captioned case.

2. The parties engaged in settlement discussions.

3. The parties entered into a settlement agreement effective July 17, 2026 (the "Settlement Agreement").

4. The Settlement Agreement provides that a stipulated final judgment shall be entered in this case, pursuant to which: (i) a money judgment shall be entered in favor of Plaintiff and against Defendants (the "Stipulated Judgment"); and (ii) execution of the Stipulated Judgment shall be stayed so long as Defendants comply with the payment obligations set forth in the Settlement Agreement.

1

5.      In connection with the Settlement Agreement, the parties executed a proposed Stipulated Judgment, a true and correct copy of which is attached hereto as **Exhibit A**.

6.      This motion is agreed by all parties.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court: (a) enter the proposed Stipulated Judgment; (b) strike all future hearings and deadlines; and (c) grant the parties such further relief as the Court deems just and appropriate.

Dated: August 6, 2026

Respectfully submitted,

JENKINS & KLING, P.C.

By:      /s/ *Katherine I. McLaughlin*
    Katherine I. McLaughlin, #6328763
    150 N. Meramec Ave., Ste. 400
    St. Louis, MO 63105
    (314) 721-2525 ph.
    (314) 721-5525 fax
    kmclaughlin@jenkinskling.com

    and

CHUHAK & TECSON, P.C.
    Michael W. Debre, #6296197
    120 S. Riverside Plaza, Suite 1700
    Chicago, IL 60606
    (312) 855-4603 ph.
    (312) 444-9027 fax
    mdebre@chuhak.com

    Attorneys for Plaintiff HomeTrust Bank

OSTOJIC & SCUDDER, LLC

By: /s/ *John R. Ostojic*
    5702 Astony Court
    Hinsdale, Illinois 60521
    (312) 404-3748
    john@ostojiclaw.com
    Attorneys for the Defendants

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, hereby certifies that she caused a true and correct copy of the foregoing document to be served upon all counsel of record via the CM/ECF filing system for the United States District Court for the Northern District of Illinois on August 6, 2026.

*/s/ Katherine I. McLaughlin*